# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JAIME NAVARETTE LEDON,<br><br>　　　　Defendant. | Case No.:  14cr247 JM<br><br>**ORDER GRANTING MOTION TO DISMISS THE INDICTMENT AND JUDGMENT OF DISMISSAL** |

　　Upon motion of the United States and for good cause shown,　　IT IS HEREBY ORDERED that the Indictment [Docket Number 9] be dismissed without prejudice. The Clerk of Court is directed to close this file.

　　SO ORDERED.

Dated: March 26, 2015

JEFFERY T. MILLER
United States District Judge